United States District Court
Southern District of Texas
**ENTERED**
June 14, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRAVIS LATHON, (SPN #1682487) Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION H-18-1801 |
| C.D. CURRY, et al., Defendants. | § § § § | |

## ORDER ON DISMISSAL

For the reasons stated in this Court's Memorandum and Opinion entered this date, this civil action is ADMINISTRATIVELY CLOSED.

SIGNED at Houston, Texas, on _June 13_, 2018.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2018\18-1801.a02.wpd